354 F.3d 1133
 Frank REGULA, Plaintiff-Appellant,
v.
DELTA FAMILY-CARE DISABILITY SURVIVORSHIP PLAN, Defendant-Appellee.
 No. 98-55853.
 United States Court of Appeals, Ninth Circuit.
 January 20, 2004.
 
 Lawrence D. Rohlfing, Esq., Rohlfing Law Firm, Santa Fe Springs, CA, for Plaintiff-Appellant.
 Hunter R. Hughes, Esq., Rogers & Hardin, Atlanta, GA, for Defendant-Appellee.
 Daly D.E. Temchine, Esq., Epstein, Becker and Green, Washington, DC, J. Christopher Collins, Esq., Unumprovident Corporation, Portland, ME, Mark E. Schmidke, Esq., Hoeppner Wagner & Evans LLP, Valparaiso, IN, for Amicus.
 Before B. FLETCHER, D.W. NELSON, and BRUNETTI, Circuit Judges.
 
 ORDER
 
 1
 In light of the Supreme Court's decision in Black & Decker v. Nord, 538 U.S. 822, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003), we vacate our opinion, 266 F.3d 1130 (9th Cir.2001), and reinstate the judgment of the district court.